IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY HEULETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | Case No.    5:09-cv-1559-TMP |
| | ) | |
| FREDDIE BUTLER, Warden; | ) | |
| ATTORNEY GENERAL OF | ) | |
| THE STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

O R D E R

On December 15, 2009, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed. Petitioner filed objections on January 5, 2010.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the petitioner's objections are due to be and hereby are OVERRULED. The magistrate judge's report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

DONE this 14th day of January, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE